Fine Hing Company and Joe Eng, appellees, v. City of Chicago et al., appellants. Gen. No. 35,359.

Opinion filed November 24, 1931.
William H. Sexton, Corporation Counsel, for appellants; Martin H. Foss and Carl J. Appell, Assistant Corporation Counsel, of counsel. No appearance for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Max M. Cohn, complainant, v. Herman Weissman et al., defendants. Foreman-State National Bank of Chicago, cross-complainant, v. Herman Weissman et al., on appeal of Herman S. Strauss, appellant. Gen. No. 35,604.

Opinion filed November 24, 1931.
Pritzker & Pritzker, for appellant; Reuben L. Freeman, of counsel. Barancik & Dolin, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. Viggo N. C. Kragh et al., defendants, on appeal of Sydney J. Lumley, appellant. Gen. No. 35,620.

Opinion filed November 24, 1931.
Harold A. Fein, for appellant. Urion, Drucker, Bishop & Boutell, for appellee; Jerome J. Sladkey, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Moir Hotel Company, appellant, v. Gustav Mann et al., appellees. Gen. No. 35,061.

Opinion filed November 24, 1931. Rehearing denied December 7, 1931.
Campbell, Clithero & Fischer, for appellant; John G. Campbell and Carlton L. Fischer, of counsel. Pines, Morse & Stein, for appellees; Clarence T. Morris and Alvin E. Stein, of counsel.

Mr. Justice Kerner delivered the opinion of the court.